# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ROSELLA SULLIVAN, | CV 17-58-GF-BMM-JTJ |
| Plaintiff, | |
| vs. | ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Having settled all claims, parties here stipulate to dismissal of this matter.

Wherefore IT IS HEREBY ORDERED that this matter is DISMISSED with prejudice, each party to bear its own fees and costs.

DATED this 24th day of October, 2018.

_____
Brian Morris
United States District Court Judge